**DISCIPLINARY COUNSEL *v*. BRUEGGEMAN.**

**[Cite as *Disciplinary Counsel v. Brueggeman*, ___ Ohio St.3d ___,**

**2021-Ohio-21.]**

(No. 2019-1734—Submitted January 7, 2021—Decided January 11, 2021.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Edward Paul Brueggeman, Attorney Registration No. 0029159, last known business address in Mason, Ohio.

{¶ 2} The court coming now to consider its order of April 23, 2020, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent for a period of two years, with the final 18 months stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Disciplinary Counsel v. Brueggeman*, 160 Ohio St.3d 198, 2020-Ohio-1578, 155 N.E.3d 833.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

_____

1